UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NEALE, JR., <br><br> Petitioner, <br><br> v. <br><br> STU SHERMAN, Warden, <br><br> Respondent. | No. 1:17-cv-01492-DAD-JLT (HC) <br><br> **ORDER DENYING PETITIONER'S MOTION TO BYPASS E-FILING** <br><br> **[Doc. 9]** |

On February 20, 2018, Petitioner filed the instant motion to bypass the E-Filing procedure at Corcoran Substance Abuse Treatment Facility ("CSATF"). He states he does not feel comfortable submitting his complaint via prison staff because his legal mail has been tampered with by prison staff at CSATF on prior occasions. Petitioner's request is DENIED. Prisoners are required to use the E-Filing procedures where available.

IT IS SO ORDERED.

    Dated: __February 21, 2018__            __/s/ Jennifer L. Thurston__
                                                               UNITED STATES MAGISTRATE JUDGE